UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:07-Cr-364-T-17TBM

JOSHUA J. MURILLO

ORDER

The above-styled case comes before the court upon the government's Motion for Revocation of Conditional Order of Release. After reviewing the pleadings, the transcript of the detention hearing before the Magistrate judge, and the arguments of counsel, it is

ORDERED:

1. The government's motion is granted and the Conditional Order of Release is vacated. Based on the facts set forth in the hearing this date, the Court finds the defendant to be a flight risk and a danger to the community.

2. Defendant shall be detained pending trial and committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

4. On order of a court of the United States or on request of an attorney

for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **DONE** and **ORDERED** in Tampa, Florida on September 27th, 2007



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record